# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIPS 66 CO., | Case No. 1:16-cv-01102-LJO-SKO |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT BE GRANTED IN PART AS TO DEFENDANT CALIFORNIA PRIDE, INC.** |
| v. | |
| CALIFORNIA PRIDE, INC., et al., | |
| Defendants. | **(Doc. 25)** |

On July 29, 2016, Plaintiff filed the Complaint, which includes a single claim for breach of contract against all three Defendants. (*See* Doc. 1 at 1–7.) All Defendants were served with the Complaint on October 8, 2016. (*See* Docs. 6–8.) To date, no Defendant has filed an answer to the Complaint.

On November 15, 2016, Plaintiff requested that the Clerk enter default against Defendants. (Doc. 9.) The Clerk of Court entered default against all Defendants on November 18, 2016. (*See* Doc. 13.)

Plaintiff then filed a Motion for Default Judgment on January 25, 2017. (Doc. 15.) In its

Motion for Default Judgment, Plaintiff requested $187,469.39 in damages, prejudgment and post-judgment interest, and $812.59 in costs. (*See id.* at 2.) In addition, Plaintiff requested $22,619.59 in attorneys' fees. (*See* Doc. 15, Ex. 1 at 5–6.) No Defendant has filed an opposition to the Motion for Default Judgment. However, on April 4, 2017, Defendants Steven Coldren and Rebecca Coldren filed a Notice of Automatic Stay Pursuant to 11 U.S.C. § 362. (Doc. 18.)

On July 6, 2017, the assigned magistrate judge entered findings and recommendations (the "F&R"), in which she recommends that the Court (1) grant in part "Plaintiff's Motion for Default Judgment . . . insofar as Plaintiff requests that the Court enter default judgment against Defendant California Pride, Inc.," (2) "[e]nter judgment against Defendant California Pride, Inc. in the amount of $187,469.39 plus prejudgment and post-judgment interest," (3) "[a]ward attorneys' fees to Plaintiff in the amount of $20,232.34," and (4) "[a]ward costs to Plaintiff in the amount of $723.30." (Doc. 25 at 33.)

The F&R contained a notice that any objections were to be filed within twenty-one days after service. (*See id.* at 33–34.) More than twenty-one days have passed and no Defendant has filed objections to the F&R.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The F&R, (Doc. 25), is ADOPTED in full;
2. Judgment is entered in favor of Plaintiff and against Defendant California Pride, Inc., but *not* the remaining Defendants;
3. Plaintiff is awarded damages in the amount of $187,469.39;
4. Plaintiff is awarded prejudgment interest in accordance with the terms of the parties' pertinent contractual agreement—specifically, "prejudgment interest at a rate of twelve percent per annum commencing on December 1, 2015, through the date a judgment is entered," (Doc. 25 at 21);
5. Plaintiff is awarded post-judgment interest in accordance with 28 U.S.C. § 1961;

2

and

6. Plaintiff is awarded attorneys' fees in the amount of $20,232.34 and costs in the amount of $723.30.

Finally, the Court ORDERS Plaintiff to lodge a proposed form of judgment against only Defendant California Pride, Inc. by no later than August 15, 2017.

IT IS SO ORDERED.

Dated: **August 4, 2017**         **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE