| | |
|---|---|
| 1 | LAW OFFICES OF DAWN CEIZLER |
|   | DAWN CEIZLER, Bar No. 214873 |
| 2 | 165 Lennon Lane, Suite 101 |
|   | Walnut Creek, California 94598 |
| 3 | Telephone: (925) 932-8225 |
|   | Facsimile: (925) 226-4849 |
| 4 | dc@ceizler.com |
| 5 | Attorney for Plaintiff |
|   | Phillips 66 Company |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHILLIPS 66 COMPANY, | ) | CASE NO. 1:16-cv-01102-LJO-SKO |
|  | ) |  |
| Plaintiff, | ) |  |
| vs. | ) | **FINAL DEFAULT JUDGMENT AGAINST CALIFORNIA PRIDE, INC.** (ECF No. 23) |
| CALIFORNIA PRIDE, INC., STEVEN COLDREN, AND REBECCA COLDREN, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

In accordance with the Order Adopting Findings and Recommendations that Plaintiff's Motion for Default Judgment Be Granted in Part as to Defendant California Pride, Inc. (Doc. 26), final default judgment is hereby entered in favor of Phillips 66 Company against California Pride, Inc., only. It is hereby

ORDERED, ADJUDGED, and DECREED that Phillips 66 Company recover from Defendant California Pride, Inc. as follows:

1)  Damages in the principal sum of $187,469.39; plus

2)  Pre-judgment interest accruing at 12 percent per annum commencing on December 1, 2015 through the date of this Final Default Judgment in the total amount of $38,459.47[1]; plus

---

[1] Prejudgment interest is calculated as follows: ((12% x $187,469.39) ÷ 365) x 624 days = $38,459.47.

4136268.2

- 1 -

1. 3) Post-judgment interest in accordance with 28 U.S.C § 1961; plus
2. 4) Attorneys' fees in the amount of $20,232.34; plus
3. 5) Costs in the amount of $723.30.

IT IS SO ORDERED.

Dated: **August 16, 2017**       /s/ Lawrence J. O'Neill
                                 UNITED STATES CHIEF DISTRICT JUDGE