UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIPS 66 COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA PRIDE, INC., et al.,<br><br>Defendants. | No. 1:16-cv-01102-LJO-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 35) |

On May 7, 2018, Plaintiff filed a Notice of Dismissal, in which Plaintiff notifies the Court of the dismissal of its claims against Defendants Steven Coldren and Rebecca Coldren without prejudice.[1] (Doc. 35.) Plaintiff filed this notice before Defendants Steven Coldren and Rebecca Coldren served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

---

[1] Although Plaintiff in its Notice of Dismissal (the "Notice") notifies the Court of the dismissal of its claims against Defendants Steven Coldren and Rebecca Coldren, the Court notes that the Notice is titled "Notice of Dismissal of All Claims *Against California Pride, Inc*." (emphasis added). However, the Court entered its final default judgment against Defendant California Pride, Inc., on August 16, 2017. (*See* Doc. 29.) Thus, the only defendants that remain in the case are Steven Coldren and Rebecca Coldren, against whom Plaintiff seeks dismissal of its claims in its Notice.

IT IS SO ORDERED.

Dated: **May 8, 2018**　　　　　　　　　　　　/s/ *Sheila K. Oberto*　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE